KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DUSTIN STOVALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-1390-WEB-KMH |
| ) | |
| JCPENNEY CORPORATION, ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT

Plaintiff Dustin Stovall ("Dustin"), for his cause of action against Defendant, JCPenney Corporation ("JCPenney"), states and alleges as follows:

**Parties**

1. Dustin is a resident of the State of Kansas and resides at 909 South 2nd Street, Salina, Kansas 67401.

2. JCPenney is a Texas corporation, doing business in the State of Kansas, with its principal place of business at 6501 Legacy Drive  MS 1205, Plano, TX 75024-3698, and may be served with process by serving its resident agent, The Corporation Company, Inc., at 515 South Kansas Avenue, Topeka, Kansas 66603.

**Jurisdiction**

3.     The Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1332 as a federal question, as this complaint is brought under the Americans with Disabilities Act ("ADA"). **Venue**

4.     Venue is proper in the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5.     Dustin is a 28-year-old white male who began working for JCPenney at its Salina, Kansas location on June 17, 2009.

6.     In the year 2000, Dustin suffered a traumatic brain injury as the result of an automobile accident.

7.     Since that accident, Dustin has suffered from such problems as short-term memory loss, problems remembering details, lack of coordination on his right side, and confusion.

8.     When Dustin interviewed for the position with JCPenney, he described the nature and extent of his disabilities to the employer and informed JCPenney that he was receiving disability benefits.

9.     JCPenney hired Dustin to work in the catalog department beginning June 17, 2009.

10.    Because of Dustin's disabilities, he requires increased repetition, as compared to an individual without disability, regarding rules or any perceived need for corrective action.

11. JCPenney only employed Dustin for two weeks, although JCPenney was on notice of Dustin's disabilities.

12. JCPenney terminated Dustin's employment, with little explanation, on July 1, 2009.

13. Dustin filed a charge with the Equal Employment Opportunity Commission on September 8, 2009.

14. Dustin received a right-to-sue letter from the EEOC on or about November 18, 2009.

15. Dustin has exhausted his administrative remedies.

**Theory of Recovery**

### COUNT I
### ADA

16. Dustin re-alleges and incorporates herein the allegations contained in paragraphs 1 through 15 above.

17. Dustin's persistent loss of short-term memory, problems remembering details, lack of coordination on his right side, confusion, and other problems resulting from his brain injury constitute a disability under Title I of the Americans with Disabilities Act, 42 U.S.C.§ 12101 ("ADA"), or JCPenney perceived them as a disability.

18. JCPenney is a covered entity under the ADA.

19. JCPenney terminated Dustin because of his disability or perceived disability, in violation of the ADA.

20. JCPenney failed to afford reasonable accommodation for Dustin's disability, in violation of the ADA.

21. JCPenney's actions constitute a violation of the Americans with Disabilities Act and thus entitle Dustin to damages.

WHEREFORE, Dustin respectfully requests that the Court enter judgment in his favor and against JCPenney in an amount in excess of $75,000.00; that the Court award him reasonable attorneys' fees; that the costs of this action be assessed against JCPenney; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

RESPECTFULLY SUBMITTED,

/s/ Angela Chesney Herrington
Larry G. Michel        #14067
Angela Chesney Herrington   #24196
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
lmichel@kenberk.com
aherrington@kenberk.com
ATTORNEYS FOR PLAINTIFF

### DEMAND FOR TRIAL BY JURY

Dustin hereby requests, pursuant to Fed. R. Civ. P. 38(b), that all issues of fact be tried to a jury.

/s/ Angela Chesney Herrington
Angela Chesney Herrington

### DESIGNATION OF PLACE OF TRIAL

Pursuant to D. Kan. Rule 40.2, Dustin designates Wichita, Kansas as the place of Trial.

/s/ Angela Chesney Herrington
Angela Chesney Herrington