# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DUSTIN STOVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 6:09-cv-01390-WEB-KMH |
| v. | ) |
| | ) |
| JCPENNEY CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties jointly stipulate and agree to the dismissal with prejudice of the above-styled matter, pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear and pay such party's attorneys' fees and costs, and each party specifically waiving attorneys' fees or attorneys' fees being taxed as costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNEDY, BERKLEY, YARNEVICH, & WILLIAMSON, CHTD. | LATHROP & GAGE LLP |
| */s/ Larry G. Michel* | */s/ Angela M. Tsevis* |
| Larry G. Michel   KS#21496 | Jack D. Rowe   KS#70005 |
| Angela D. Chesney Herrington   KS#14067 | Angela M. Tsevis   KS#23605 |
| 119 West Iron, 7th Floor | 2345 Grand Boulevard, Suite 2200 |
| Salina, Kansas 67402-2567 | Kansas City, Missouri 64108 |
| Telephone: (785) 825-4674 | Telephone: (816) 292-2000 |
| Telecopier: (785) 825-5936 | Telecopier: (816) 292-2001 |
| lmichel@kenberk.com | jrowe@lathropgage.com |
| aherrington@kenberk.com | atsevis@lathropgage.com |
| Attorneys for Plaintiff | Attorneys for Defendant |